City National Bank and Trust Company and Central Republic Trust Company, appellants, v. Daniel H. Burnham, appellee. Gen. No. 39,694.

 Heard in the second division of this court for the first district at the October term, 1937. Opinion filed November 17, 1938.

Bell, Boyd & Marshall, for appellants; Thomas L. Marshall, David A. Watts and Victor M. Harding, Jr., of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson, Charles E. Zekas and Homer Kripke, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.